UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TORRANCE CLAYTON                                                                    PLAINTIFF

V.                                         CIVIL ACTION NO. 3:25-CV-13-KHJ-MTP

WARDEN TERRENCE WATTS, et al.                                           DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case.

SO ORDERED AND ADJUDGED, this 25th day of June, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE